**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br><br>                Plaintiff,<br>        v.<br><br>ADT LLC d/b/a ADT SECURITY SERVICES,<br><br>                Defendant. | **Case No.:  1:18-cv-00481-WES-LDA** |

## DEFENDANT ADT LLC'S MOTION TO STAY

AND NOW comes Defendant ADT LLC, and for the reasons set forth in the accompanying memorandum, which is incorporated by reference as if fully set forth herein, moves this Court to stay the litigation pending a ruling by the Federal Communications Commission in conjunction with proceedings currently ongoing at the agency, clarifying the definition of "automatic telephone dialing system," and the standard of liability for calls placed to reassigned or wrong numbers under the Telephone Consumer Protection Act.

Dated:  October 9, 2018                    Respectfully submitted,

                                            /s/ *Robert C. Shindell*
                                           Robert C. Shindell (RI Bar No. 5269)
                                           BARTON GILMAN LLP
                                           10 Dorrance Street, Suite 800
                                           Providence, RI 02903
                                           Tel: (401) 273-7171
                                           Fax: (401) 273-2904
                                           rshindell@bglaw.com

> Daniel S. Blynn (*pro hac vice*)
> VENABLE LLP
> 600 Massachusetts Avenue, NW
> Washington, DC 20001
> Tel: (202) 344-4000
> Fax: (202) 344-8300
> dsblynn@venable.com
>
> Liz C. Rinehart (*pro hac vice*)
> VENABLE LLP
> 750 East Pratt Street, Suite 900
> Baltimore, MD 21202
> Tel: (410) 244-7400
> Fax: (410) 244-7742
> lcrinehartinehart@venable.com
>
> *Attorneys for Defendant ADT LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2018, I have electronically filed a copy of the foregoing Defendant ADT LLC's Motion to Stay with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants duly registered to receive service of filings in this case. A copy also has been served via first-class mail on:

> Christopher Laccinole
> 17 Richard Smith Road
> Narragansett, RI 02882

>   /s/ Robert C. Shindell
> Robert C. Shindell
>
> *An Attorney for Defendant ADT LLC*