# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br><br>Plaintiff,<br>v.<br><br>ADT LLC d/b/a ADT SECURITY SERVICES,<br><br>Defendant. | 2019 JUN 17  A 11: 40<br><br>Case No.: 1:18-cv-00481-WES-LDA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Christopher Laccinole and Defendant ADT LLC d/b/a ADT Security Services hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant each to bear their own attorneys' fees, costs, and expenses.

Dated: June 14, 2019

*(signature)* Pro Se
Christopher M. Laccinole
17 Richard Smith Road
Narragansett, RI 02882
Providence, RI 02903
chrislaccinole@gmail.com

*Plaintiff Pro Se*

Respectfully submitted,

/s/ *Robert C. Shindell*
Robert C. Shindell (RI Bar No. 5269)
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI 02903
Tel: (401) 273-7171
Fax: (401) 273-2904
rshindell@bglaw.com

Daniel S. Blynn (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
dsblynn@venable.com

Liz C. Rinehart (*pro hac vice*)
VENABLE LLP

> 750 East Pratt Street, Suite 900
> Baltimore, MD 21202
> Tel: (410) 244-7400
> Fax: (410) 244-7742
> lcrinehartinehart@venable.com
>
> *Attorneys for Defendant ADT LLC*

## CERTIFICATE OF SERVICE

The Plaintiff certifies that on June 14, 2019, he mailed a copy of the foregoing Joint Stipulation of Dismissal with prejudice to:

> Robert C. Shindell
> BARTON GILMAN LLP
> 10 Dorrance Street, Suite 800
> Providence, RI 02903
>
> */s/ Christopher M. Laccinole*
> Christopher M. Laccinole